**8**

Ed CLUBB v. STATE. (No. 10284.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Taylor County; W. R. Ely, Judge. Ben L. Cox, of Abilene, for

appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Taylor county of selling intoxicating liquor; punishment, one year in the penitentiary. This case is pending before this court on motion for rehearing. Appellant makes his sworn application, asking permission to dismiss his appeal. The request will be granted, the motion for rehearing, together with the original opinion, will be withdrawn, and the appeal dismissed, in accordance with said request.